UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LEWIS GENE DIVENS, | ) | No. CV 06-786 GAF (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| G.J. GIURBINO, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 4, 2009

GARY A. FEESS
United States District Judge